# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

ADAM RECHA,

                    **Plaintiff,**

vs.                                    **Case No.: 19-cv-317-jdp**

ANDREW SAUL,
      **Commissioner of Social Security,**

                    **Defendant.**

## NOTICE OF APPEAL

     ***Notice is hereby given*** that Adam Recha, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated December 31, 2019 and the judgment dated December 31, 2019 by Federal District Judge William Griesbach which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

     Dated this 31st day of December, 2019.

                              **DUNCAN DISABILITY LAW, S.C.**
                              Attorneys for the Plaintiff

                              /s/ Dana W. Duncan
                              _____
                              Dana W. Duncan
                              State Bar I.D. No. 01008917
                              555 Birch St
                              Nekoosa, WI 54457
                              (715) 423-4000